ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Meltech Corporation, Inc. | )   ASBCA No. 62642 |
| | ) |
| Under Contract No. W912DR-14-D-0021 | ) |

APPEARANCES FOR THE APPELLANT:    Leonard A. Sacks, Esq.
    Leonard A. Sacks and Associates, P.C.
    Rockville, Md

    Fred A. Mendicino, Esq.
    Jonathan R. Neri, Esq.
    Faughnan Mendicino PLLC
    Dulles, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Adam J. Kwiatkowski, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

On January 9, 2023, appellant moved to withdraw this appeal under Rule 18(b). Accordingly, the appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: January 12, 2023

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62642, Appeal of Meltech Corporation, Inc., rendered in conformance with the Board's Charter.

Dated:  January 12, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals